| | | | |
|---|---|---|---|
| I.B.B., In re; F.R., In re; F.I.R., Jr., In re; B.M.B., In re; C.D.B., In re; C.K.R., In re ..... | 07/06/2016203–207 EAL (2016) | Denied | Nos. 123, 1230, 1234, 1236, 1236, 1237 EDA 2015 |
| J.J. v. M.C.; M.C.,In re; D.T., In re [16]... | 01/20/2016844, 845 MAL (2015) | Denied | Pa.Super., 134 A.3d 95 |
| J.R.W. v. E.J.W. .... | 06/24/2016338 MAL (2016) | Denied | Pa.Super., 144 A.3d 213 |
| Kline, In re; Biros, In re ............ | 06/28/2016101 MAL (2016) | Denied | Pa.Super., 136 A.3d 1028 |
| Le Schack v. Le Schack ......... | 06/08/201671 WAL (2016) | Denied | Pa.Super., 136 A.3d 1036 |
| Lichtman v. Bom- stein [17] .......... | 06/29/201665 EAL (2016) | Denied | Pa.Super., 134 A.3d 496 |
| Lichtman v. Wal- ton [18] ........... | 06/29/201648 EAL (2016) | Denied | Pa.Super., 134 A.3d 489 |
| Mittereder v. Seven Springs Mountain Resort, Inc. ...... | 06/16/201623 WAL (2016) | Denied | Pa.Super., 135 A.3d 664 |
| Novack v. Novack .. | 07/06/2016245 MAL (2016) | Denied | Pa.Super., 144 A.3d 191 |
| Rumbold v. Richard Guzzetti, LLC .... | 06/23/201677 MAL (2016) | Denied | Pa.Super., 134 A.3d 486 |
| Rush v. Rush; Rush, In re ............ | 06/21/201649 WAL (2016) | Denied | Pa.Super., 135 A.3d 620 |

16. Justice EAKIN did not participate in the consideration or decision of this matter.

17. Justice DONOHUE and DOUGHERTY did not participate in the consideration or decision of this matter.

18. Justice DONOHUE and DOUGHERTY did not participate in the consideration or decision of this matter.